In the Matter of the Claim of ANNA LANDGREN, Respondent, against BAKER ELEVATOR CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Application of LEWIS M. BORDEN and Others for a Determination as to the Validity of the Disposition of Property Contained in the Last Will and Testament of MARION BORDEN, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and McNamee, JJ.

ANNA M. KARUZAS, Appellant, v. ÆTNA LIFE INSURANCE COMPANY OF HARTFORD, CONNECTICUT, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and McNamee, JJ.

In the Matter of the Application of PUBLIC SERVICE INTERSTATE TRANSPORTATION CO., INC., Appellant, for a Certiorari Order against PUBLIC SERVICE COMMISSION, etc., Respondent. TAPPAN & NYACK BUS, INC., Intervenor, Respondent. — Motion by the Public Service Commission for leave to appeal to the Court of Appeals denied. The order to include the unsigned report of the assistant counsel was applied only to this case and was granted in the discretion of the court. Present.— Van Kirk, P. J., Hinman, Hill, Rhodes and McNamee, JJ. [See ante, p. 753.]

GERALD P. COOGAN, Appellant, v. ST. BERNARD'S CHURCH, SARANAC LAKE, Respondent.— Motion to restore case to calendar for argument denied. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

GEORGE STOJACK, as Administrator, etc., of MICHAEL STOJACK, Deceased, Appellant, v. ELLIS D. SMITH, Respondent.— Motion to restore case to calendar for argument denied. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Application of JOHN D. LYONS for an Order of Certiorari against THE STATE TAX COMMISSION.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Application of INTERNATIONAL RAILWAY COMPANY for a Certiorari Order Directed to the PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK in the Matter of the Application of ROCHESTER, NIAGARA FALLS & BUFFALO COACH LINES, INC., for a Certificate of Convenience and Necessity for the Operation of a Motor Bus Line between the City of Rochester and the City of Buffalo, via Brockport, Holley, Albion, Medina and Lockport, and for the Operation of a Motor Bus Line between the City of Rochester and the City of Niagara Falls.— Motion by the International Railway Company for reargument denied. Motion by the International Railway Company for leave to appeal to the Court of Appeals granted. Motion by the receivers of the Western New York Motor Lines, Inc., intervenor, for leave to appeal to the Court of Appeals granted. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ. [See ante, p. 750.]